UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>          Plaintiff,<br><br>   v.<br><br>PHO BEL-AIR INC.,<br><br>          Defendant. | Case No. 21-cv-04849-RS<br><br>**STANDBY ORDER OF DISMISSAL** |

The Court has been informed that the above-entitled action has settled.  Accordingly, the Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by **April 7, 2022.**  If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **April 14, 2022, at 1:30 p.m.** All parties shall appear by videoconference using log-in instructions the Court will provide in advance and show cause why the case should not be dismissed.  Failure to comply with this Order may result in dismissal of the case.

    **IT IS SO ORDERED.**

Dated: February 2, 2022

_____
Richard Seeborg
Chief United States District Judge